UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 18-02162-DOC (JDEx) | Date | June 26, 2019 |
|---|---|---|---|
| Title | Ace Gift and Craft Ningbo Co., Ltd v Ecoolthing Corp. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | CS 06/26/19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Daniel A. Solitro | Samuel G. Brooks |
| Joseph A. Farco | |

**Proceedings:**   Settlement Conference

On June 26, 2019, counsel for and representatives of the parties (Plaintiff's representative by telephone with prior approval) appeared before Magistrate Judge John D. Early for a continued settlement conference. After more than seven hours of further discussions, in addition to the five hours of discussions on June 20, 2019, the parties reached a settlement of the matter, the material terms of which were placed on the record. Part of the settlement involved the entry of an "attorney-eyes only" protective order, which was entered orally on the record, over the Court will retain jurisdiction after the dismissal of the action. The parties indicated that, although a final written agreement was anticipated, the material terms placed on the record represented an enforceable agreement.

As part of the agreement, the parties agreed and represented that they will file a joint request for dismissal without prejudice on June 27, 2019.

cc: Judge Carter

7 : 05

Initials of Clerk:   mba