JS-6

**LOCKE LORD LLP**
Joseph A. Farco (admitted *pro hac vice*)
jfarco@lockelord.com
Brookfield Place
200 Vesey Street, 20th Fl.
New York, New York 10281-2101
Telephone:  (212) 415-8600

Daniel A. Solitro (SBN 243908)
dsolitro@lockelord.com
Jamie M. Cheng (SBN 298750)
jamie.cheng@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:  (213) 485-1500

Attorneys for Plaintiff
Ace Gift & Craft (Ningbo) Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ACE GIFT & CRAFT (NINGBO) CO., LTD., | Case No. 8:18-cv-2162-DOC-JDE |
|---|---|
| Plaintiff, | Honorable David O. Carter |
| vs. | **STIPULATED ORDER TO DISMISS ENTIRE MATTER WITHOUT PREJUDICE [32]** |
| ECOOLTHING CORP., doing business as COOL THINGS CORP., | |
| Defendant. | Complaint filed:  December 6, 2018 |

1
STIPULATED ORDER TO DISMISS ENTIRE MATTER WITHOUT PREJUDICE

Plaintiff Ace Gift & Craft (Ningbo) Co., Ltd. and Defendant Ecoolthing Corp. d/b/a Cool Things Corp., by and through the undersigned counsel of record, stipulate to dismissal of the instant matter in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs incurred.

Dated: July 1, 2019               Respectfully submitted,

                                  LOCKE LORD LLP


                                  By: */s/ Daniel A. Solitro*
                                       Daniel A. Solitro
                                       Jamie M. Cheng
                                  *Attorneys for Plaintiff Ace Gift & Craft (Ningbo) Co., Ltd.*


Dated: July 1, 2019               Respectfully submitted,

                                  CALL & JENSEN, APC


                                  By: */s/ Samuel G. Brooks*
                                       Samuel G. Brooks
                                  *Attorneys for Defendant Ecoolthing Corp. d/b/a Cool Things Corp.*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the stipulation, Daniel A. Solitro, attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

SO ORDERED.

Dated: July 2, 2019               _David O. Carter_____
                                  DAVID O. CARTER
                                  U.S. District Judge